

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00140-CV

RICARDO MALDONADO DAVILA
v.
M & M TOWING AND RECOVERY, INC.

On Appeal from the
County Court at Law No. 4 of Hidalgo County, Texas
Trial Court Cause No. CL-19-5371-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

August 26, 2021